31 So.3d 248 (2010)
M.D., Mother of L.E., M.D., and N.H., Children, Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, et al., Appellee.
No. 5D09-4072.
District Court of Appeal of Florida, Fifth District.
March 22, 2010.
Shannon L. Reynolds, Ocala, for Appellant.
Kelly A. Swartz, of Department of Children and Families, Rockledge, for Appellee.
Wendie Michelle Cooper, of Guardian ad Litem Program, Tavares, for Appellee.
PER CURIAM.
AFFIRMED. See J.M. v. Dep't of Children and Families, 8 So.3d 500 (Fla. 5th DCA 2009).
GRIFFIN, SAWAYA and LAWSON, JJ., concur.